Juan Manuel **MEJIA–VELASQUEZ,**
Petitioner,

v.

John **ASHCROFT, Attorney General,*** Respondent.

No. 02–73981.
Agency No. A73–901–381.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.**

Decided Sept. 18, 2003.

Gabriela–Kreutzer, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, James A. Hunolt, Emily A. Radford, Attorney, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM***

Juan Manuel Mejia–Velasquez, a native and citizen of Mexico, petitions for review

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

of the Board of Immigration Appeals' ("BIA") order denying his untimely motion to reopen deportation proceedings. We lack jurisdiction to review the BIA's refusal to sua sponte reopen Mejia–Velasquez's deportation proceedings pursuant to 8 C.F.R. § 3.2(c)(2) (2001). *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir.2002). Accordingly, we dismiss the petition for review.

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.